**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  07-cv-00038-JLK

HASSAN FALAH,
RACHID KHARCHOUF,

    Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES;
MARIO ORTIZ, District Director of United States Citizenship and Immigration Services, Department of Homeland Security;
FEDERAL BUREAU OF INVESTIGATION,

    Defendants.

---

**ORDER TO DISMISS ALL CLAIMS BY
PLAINTIFF HASSAN FALAH BY STIPULATION OF THE PARTIES**

---

Pursuant to the Parties' Stipulated Motion to Dismiss all claims by Hassan Falah in the above referenced action, it is therefore.

ORDERED, ADJUDGED and DECREED that the claims of Hassan Falah are dismissed.  Each party will bear its own costs and attorneys' fees.

DATED this 5th day of March, 2007.

                                      BY THE COURT:

                                      *S/John L. Kane*
                                      United States District Court