IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.07-cv-00038-JLK

**RACHID KARCHOUF,**

      Plaintiff,

v.

**UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,
MARIO ORTIZ, District Director of United States Citizenship and Immigration
Services, Department of Homeland Security, and
FEDERAL BUREAU OF INVESTIGATIONS,**

      Defendants.

_____

ORDER
_____

Kane, J.

      Plaintiff Rachid Kharchouf filed this action in January 2007, more than 13 months after he filed his completed N-400 Application for Naturalization with USCIS.  Although Kharchouf has completed all of his requirements under the applicable regulations and has been interviewed, his Application remains pending long after the applicable 120 period for the USCIS to make its naturalization decision because the FBI has either failed to initiate or complete its background investigation.  Kharchouf seeks mandamus relief to compel the FBI to complete the background check and to compel the USCIS to make its naturalization decision.

      The matter is before me on Defendants' Motion for Remand, or in the Alternative,

for Stay or Dismissal (Doc. 9), filed March 16, 2007.  The Motion is **GRANTED** solely for the imposition of a 30-day stay for the FBI to complete its background check and an additional 15 days thereafter for the USCIS to make its decision on Kharchouf's N-400.  The Motion is **DENIED** in all other respects.  The parties shall file **Status Reports** on **Thursday, April 12, 2007** and **Thursday April 26, 2007**, setting forth with specificity the status of Kharchouf's Application and all work done by the USCIS and FBI as of those dates to complete his background investigation and make the necessary decision on his application.  I trust Defendant agencies will do their utmost during this timeframe to fulfill their administrative obligations to this aspiring U.S. citizen under the INA and its applicable regulations.  Depending on the content of the Status Reports, I may set a status conference before lifting the stay.

Dated this 19th day of March, 2007.

*s/John L. Kane*
SENIOR U.S. DISTRICT JUDGE