IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-00038-JLK**

**RACHID KARCHOUF,**

       Plaintiff,

v.

**UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,**
**MARIO ORTIZ, District Director of United States Citizenship and Immigration Services, Department of Homeland Security, and**
**FEDERAL BUREAU OF INVESTIGATIONS,**

       Defendants.

## ORDER OF DISMISSAL

Kane, J.

The Joint Motion to Dismiss by Stipulation of the Parties (doc. #11), filed March 28, 2007, is **GRANTED**. It is

**ORDERED** that this case is **DISMISSED** as Plaintiff Rachid Kharchouf's claims are now moot. Each party shall bear their own costs and attorney fees.

Dated this 29th day of March, 2007.

                                             BY THE COURT:

                                             *S/John L. Kane*
                                             JOHN L. KANE, SENIOR JUDGE
                                             UNITED STATES DISTRICT COURT